ELEANOR OSTROWSKI v. LYNN M. AZZARA, D.P.M.

September 22, 1987.

Petition for certification granted.

BENJAMIN F. WASHINGTON v. HOWARD L. BEYER.

September 22, 1987.

Petition for certification denied.

LA RUE DISTRIBUTORS, INC. v. ELECTRO–PROTECTIVE
CORPORATION.

September 22, 1987.

Petition for certification denied.

LA RUE DISTRIBUTORS, INC. v. ELECTRO–PROTECTIVE
CORPORATION.

September 22, 1987.

Cross-petition for certification denied.